IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 08-cv-01382-MSK-BNB

ROBERT M. WIENER, an individual,

Plaintiff,

v.

INTA JUICE ENTERPRISES, INC., a Colorado corporation,

Defendant.

## ORDER

It appearing that the defendant in this action has filed a petition in bankruptcy and may thus be entitled to the automatic stay of § 362 of the Bankruptcy Code:

IT IS ORDERED that the scheduling conference in this case set for September 17, 2008, at 9:00 a.m., and all related deadlines, are VACATED.

Dated September 8, 2008.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge